UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FORIDA

CASE No. 22-20290-CR-BLOOM/OTAZO-REYES

UNITES STATES OF AMERICA

     Plaintiff,

v.

ERIC DEAN SHEPPARD,

     Defendant.

_____/

## DEFENDANT'S EXPERT WITNESS DISCLOSURE

Defendant, Eric Dean Sheppard, hereby files this Expert Witness Disclosure in compliance with the Court's Standing Discovery Order, Local Rule 88.10, and Federal Rule of Criminal Procedure 16.

**N.    Defendant is disclosing the following regarding the testimony of expert witnesses:**

Defendant expects to rely on the testimony of a financial expert with expertise in forensic analysis and cash flows. Defendant also expects to rely on the testimony of a tax expert. Defendant will produce curriculum vitae for these witnesses.

Dated: August 29, 2023.

Respectfully submitted,

**NELSON MULLINS**
One Biscayne Tower, 21st Floor
2 S. Biscayne Boulevard
Miami, FL 33131
Telephone: 305.373.9400
Facsimile: 305.995.6449

By: /s/ Christopher Cavallo
Christopher Cavallo
Florida Bar No. 0092305
Jayne C. Weintraub
Florida Bar No. 320382
Jonathan Etra
Florida Bar No. 686905

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on August 29, 2023, a copy of the foregoing was electronically

filed using the Court's CM/ECF system and electronic notice was provided to the Office of the

United States Attorney.

  /s/Christopher Cavallo  

Christopher Cavallo, Esq.
