UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FORIDA

CASE No. 22-20290-CR-BLOOM/OTAZO-REYES

UNITES STATES OF AMERICA

    Plaintiff,

v.

ERIC DEAN SHEPPARD,

    Defendant.
_____/

**DEFENDANT'S NOTICE OF INTENT
TO UTILIZE EXPERT TESTIMONY**

Defendant, Eric Dean Sheppard, hereby files this Notice of Intent to Utilize Expert Witness Testimony. Pursuant to Rule 16(B) of the Federal Rules of Criminal Procedure, Defendant provides this notice that Defendant may call the following expert witness in his case-in-chief at trial.

The qualifications of the expert witness, Scott Bouchner of Berkowitz Pollack Brant Advisors ("BPBA"), are described in his CV, which will be provided to counsel for the government via email. Mr. Bouchner is a partner at BPBA and the director-in-charge of forensic accounting and business valuation services. His practice areas include bankruptcy, insolvency, litigation support, expert witness testimony, forensic accounting investigations, due diligence investigations, and more.

Mr. Bouchner is expected to testify about the cash flows of certain of Defendant's companies, including source of funding and use of funds.

| | |
|---|---|
| Dated: September 5, 2023. | Respectfully submitted,<br><br>**NELSON MULLINS**<br>One Biscayne Tower, 21st Floor<br>2 S. Biscayne Boulevard<br>Miami, FL 33131<br>Telephone: 305.373.9400<br>Facsimile: 305.995.6449<br><br>By: /s/ Christopher Cavallo<br>Christopher Cavallo<br>Florida Bar No. 0092305<br>Jayne C. Weintraub<br>Florida Bar No. 320382<br>Jonathan Etra<br>Florida Bar No. 686905 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 5, 2023, a copy of the foregoing was electronically filed using the Court's CM/ECF system and electronic notice was provided to the Office of the United States Attorney.

/s/Christopher Cavallo

Christopher Cavallo, Esq.