UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20290-CR-BLOOM(s)

UNITED STATES OF AMERICA,

v.

ERIC DEAN SHEPPARD,

      Defendant.
_____/

## GOVERNMENT'S WITNESS LIST

The United States hereby files its witness list. The United States requests leave to add additional witnesses based on their availability, whether or not the defendant will testify, and whether the government will present a rebuttal case. At trial, the government anticipates calling the following witnesses in its case in chief:

1. M. A.
2. E. B.
3. H. B.
4. M. B.
5. M. C., Truist Bank
6. N. C., CPA
7. C. D.
8. J. G.
9. C. G.
10. Althea Harris, U.S. Small Business Administration
11. J. H., PayPal

1

12. Lavderim Hysa, Federal Bureau of Investigation

13. S. L., Cross River Bank

14. Tamara Och, Florida Department of Revenue

15. Alfonso Olivas, U.S. Small Business Administration

16. N. P., Nationwide Lending Direct

17. Philip Palmer, Internal Revenue Service

18. M. S.

19. S. S.

20. D. T., Northeast Bank

21.. I. Z., ACAP SME

22. A. Z., CPA

23. Breezeline witness

        Respectfully submitted,

        MARKENZY LAPOINTE
        UNITED STATES ATTORNEY

By: *s/Aimee Jimenez*
     Aimee C. Jimenez
     Assistant United States Attorney
     Court No. A5500795
     99 Northeast 4th Street
     Miami, Florida 33132-2111
     Tel: (305) 961-9028
     Email: aimee.jimenez@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 19, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  An unredacted copy of this witness list is being provided to the defendant's counsel via electronic mail.

                                                        *s/Aimee Jimenez*
                                                        Aimee C. Jimenez
                                                        Assistant United States Attorney