UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20290-CR-BLOOM(s)

UNITED STATES OF AMERICA,

v.

ERIC DEAN SHEPPARD,

      Defendant.
_____/

## GOVERNMENT'S SECOND AMENDED WITNESS LIST

The United States hereby files this second amended witness list. The United States requests leave to add additional witnesses based on their availability, whether or not the defendant will testify, and whether the government will present a rebuttal case. At trial, the government anticipates calling the following witnesses in its case in chief:

1. M. A.
2. E. B.
3. H. B.
4. M. B.
5. M. C., Truist Bank
6. N. C., CPA
7. Juliet Falcon, Auditor, U.S. Attorney's Office
8. J. G.
9. J. G.
10. C. G.
11. Althea Harris, U.S. Small Business Administration

12. J.H., PayPal

13. Lavderim Hysa, Federal Bureau of Investigation

14. S. L., Cross River Bank

15. Brent Motes, U.S. Small Business Administration

16. Tamara Och, Florida Department of Revenue

17. N. P., Nationwide Lending Direct

18. Philip Palmer, Internal Revenue Service

19. J. R., Breezeline

20. M. S.

21. S. S.

22. D. T., Northeast Bank

23. I. Z., ACAP SME

24. A. Z., CPA

25. M.H., Custodian of Records for AT&T

26. Custodian of Records for entities listed on Notice of Intent to Seek Admission of Self-Authenticating Records (DE 76).

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: *s/Aimee Jimenez*
Aimee C. Jimenez
Assistant United States Attorney
Court No. A5500795
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9028
Email: aimee.jimenez@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 17, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. An unredacted copy of this witness list is being provided to the defendant's counsel via electronic mail.

                                        *s/Aimee Jimenez*_____
                                        Aimee C. Jimenez
                                        Assistant United States Attorney