UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FORIDA

CASE No. 22-20290-CR-BLOOM/OTAZO-REYES

UNITED STATES OF AMERICA

    Plaintiff,
v.

ERIC DEAN SHEPPARD,

    Defendant.
_____/

**DEFENDANT'S NOTICE**
**OF FILING LIST OF CASES AND INFORMATION FOR EXPERT WITNESS**

Defendant, Eric Dean Sheppard, hereby files this Notice of Filing List of Cases and Information for Expert Witness John E. Jorgensen, which was inadvertently not included with the filing of his CV at [D.E. 173].

Dated: January 7, 2024.

Respectfully submitted,

**NELSON MULLINS**
One Biscayne Tower, 21st Floor
2 S. Biscayne Boulevard
Miami, FL 33131
Telephone: 305.373.9400
Facsimile: 305.995.6449

By: /s/ Christopher Cavallo
Jayne C. Weintraub
Florida Bar No. 320382
Christopher Cavallo
Florida Bar No. 0092305
Jonathan Etra
Florida Bar No. 686905

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 7, 2024, a copy of the foregoing was electronically filed using the Court's CM/ECF system and electronic notice was provided to the Office of the United States Attorney.

By: /s/ Christopher Cavallo
Christopher Cavallo