**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 22-20290-CR-BLOOM**

**UNITED STATES OF AMERICA**

**vs.**

**ERIC DEAN SHEPPARD,**

> **Defendant.**
> _____/

## <u>VERDICT FORM</u>

We, the Jury, unanimously find the Defendant, ERIC DEAN SHEPPARD:

As to Count 1 of the Superseding Indictment:

> GUILTY _____ NOT GUILTY __X__

As to Count 2 of the Superseding Indictment:

> GUILTY _____ NOT GUILTY __X__

As to Count 3 of the Superseding Indictment:

> GUILTY _____ NOT GUILTY __X__

As to Count 4 of the Superseding Indictment:

> GUILTY _____ NOT GUILTY __X__

As to Count 5 of the Superseding Indictment:

> GUILTY __X__ NOT GUILTY _____

14

As to Count 6 of the Superseding Indictment:

GUILTY _____ NOT GUILTY ___X___

As to Count 7 of the Superseding Indictment:

GUILTY ___X___ NOT GUILTY _____

As to Count 8 of the Superseding Indictment:

GUILTY ___X___ NOT GUILTY _____

As to Count 9 of the Superseding Indictment:

GUILTY ___X___ NOT GUILTY _____

As to Count 10 of the Superseding Indictment:

GUILTY _____ NOT GUILTY ___X___

As to Count11 of the Superseding Indictment:

GUILTY _____ NOT GUILTY ___X___

As to Count 12 of the Superseding Indictment:

GUILTY _____ NOT GUILTY ___X___

As to Count 13 of the Superseding Indictment:

GUILTY ___X___ NOT GUILTY _____

As to Count 14 of the Superseding Indictment:

GUILTY ___X___ NOT GUILTY _____

**SO SAY WE ALL**

**Date:** 1/12/23

15